25930.   COLEMAN *v.* THE STATE.

MACINTYRE, J.   The evidence is consistent with the hypothesis of guilt, and excludes every reasonable hypothesis save that of the guilt of the accused.   The court did not err in overruling the motion for new trial containing only the general grounds.

Judgment affirmed.   *Broyles, C. J., and Guerry, J., concur.*

DECIDED JANUARY 12, 1937.

*H. Cliff Hatcher,* for plaintiff in error.
*Preston B. Lewis, solicitor,* contra.

25945.   BAKER *v.* THE STATE.

BROYLES, C. J.   1. "Evidence as to the venue, though slight, is sufficient where there is no conflicting evidence." *Johnson* v. *State,* 62 *Ga.* 300, 301; *Porter* v. *State,* 76 *Ga.* 658 (2), 660." *Towler* v. *State,* 24 *Ga. App.* 167 (3) (100 S. E. 42).   Under the foregoing ruling, the evidence in the instant case sufficiently established the venue.

2. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

Judgment affirmed.   *MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 12, 1937.

*Franklin & Eberhardt, W. A. Morgan, C. J. Taylor,* for plaintiff in error.
*George R. Lilly, solicitor-general, E. J. Clower,* contra.